

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 9, 2021

**REQUEST TO FILE UNDER SEAL**

The Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**21 CRIM 684**

Re: *United States v. John Albert Loar Barksdale*, 21 Cr. \_\_\_\_

Dear Judge Fox:

On November 9, 2021, defendant JOHN ALBERT LOAR BARKSDALE (the "defendant") was charged in the above-referenced Indictment with securities fraud, wire fraud, and conspiracy offenses. The defendant is believed to be abroad. Accordingly, the Government respectfully moves for the Indictment and arrest warrant against the defendant to be unsealed for the sole and limited purposes of providing certified copies of said documents to the Government, and of disclosing the existence of, or disseminating, the Indictment, arrest warrant, and/or this Order to relevant United States, foreign, or intergovernmental authorities, including via the International Criminal Police Organization ("INTERPOL"), at the discretion of the United States, and in connection with efforts to locate and prosecute the defendant or to secure the defendant's arrest, extradition, or expulsion.

Given that this letter references a sealed matter, the Government respectfully requests that this letter and any resulting Order be filed under seal subject only to the limited unsealing provisions set forth above. Finally, the Government respectfully requests that the Court order that certified copies of this Order, as well as of the Indictment and arrest warrant against the defendant, be provided by the Clerk of this Court to the United States Attorney's Office for the

Southern District of New York.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____

Olga I. Zverovich
Assistant United States Attorney
(212) 637-2514

SO ORDERED: 11/9/21

_____
THE HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK